# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHRYN MCDANIEL,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>LEGEND ENERGY SERVICES, LLC,<br><br>　　　　　　　Defendant. | Case No. CIV-20-1278-R |

## SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY

Defendant Legend Energy Services, LLC ("Defendant"), files this its Suggestion of Bankruptcy and Notice of Automatic Stay. A Chapter 7 Petition was filed by Defendant, in the U.S. Bankruptcy Court, Eastern District of Texas, Case No. 21-60451, on October 26, 2021. The automatic stay provisions of Section 362 of the Bankruptcy Code apply to these proceedings.

Dated: October 26, 2021　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/Anh Kim Tran
　　　　　　　　　　　　　　　　　　　Sam R. Fulkerson, OBA # 14370
　　　　　　　　　　　　　　　　　　　Anh Kim Tran, OBA #21384
　　　　　　　　　　　　　　　　　　　OGLETREE, DEAKINS, NASH, SMOAK &
　　　　　　　　　　　　　　　　　　　STEWART, P.C.
　　　　　　　　　　　　　　　　　　　The Heritage Building
　　　　　　　　　　　　　　　　　　　621 N. Robinson Ave., Suite 400
　　　　　　　　　　　　　　　　　　　Oklahoma City, Oklahoma  73102
　　　　　　　　　　　　　　　　　　　Telephone:  405-546-3774
　　　　　　　　　　　　　　　　　　　Facsimile:  405-546-3775
　　　　　　　　　　　　　　　　　　　sam.fulkerson@ogletree.com
　　　　　　　　　　　　　　　　　　　kim.tran@ogletree.com
　　　　　　　　　　　　　　　　　　　***Attorneys for Defendant***

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Katherine Mazaheri
Mary Rahimi
Mazaheri Law Firm, PLLC
3000 W. Memorial Rd., Suite 230
Oklahoma City, OK 73120
katherine@mazaherilaw.com
mary@mazaherilaw.com
***Attorneys for Plaintiff***

/s/ Anh Kim Tran
Anh Kim Tran

49066191.1

2