# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **KATHRYN MCDANIEL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. CIV-20-1278-R |
| | ) | |
| **LEGEND ENERGY SERVICES, LLC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ADMINISTRATIVE CLOSING ORDER

Pursuant to the Court being advised by counsel for the Defendant of the filing of a petition in bankruptcy by the Defendant, it is hereby ordered that the Clerk administratively terminate this action in her records without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order for any other purpose required to obtain a final determination of the litigation, within (7) days after the termination of the bankruptcy proceeding, or any order of the Bankruptcy Court granting Plaintiff relief from the automatic stay.. The parties are further notified that the administrative termination of this action shall in no way affect any applicable statute of limitations, provided that this action was originally filed within the proper time.

IT IS SO ORDERED this 27th day of October 2021.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE