# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

KATHRYN MCDANIEL,            )
                             )
    Plaintiff,              )
                             )
v.                           )   Case No: CIV-20-1278-R
                             )
LEGEND ENERGY SERVICES, LLC, )
                             )
    Defendant.              )

## PLAINTIFF'S MOTION TO REOPEN

Plaintiff, Kathryn McDaniel hereby move this Court to reopen the above-captioned matter. In support of this Motion, Plaintiff shows the Court the following:

1. This matter had been initially filed on December 22, 2020. *See* Doc. No. 1.

2. Litigation commenced on this matter, and Parties were to adhere to the Scheduling Order as Listed Below:

| Type of Deadline: | Deadline: |
|---|---|
| Plaintiff's Final Witness List | November 1, 2021 |
| Plaintiff's Final Exhibit List | November 1, 2021 |
| Defendant's Final Witness List | November 12, 2021 |
| Defendant's Final Exhibit List | November 15, 2021 |
| Discovery | December 15, 2021 |

|  |  |
|---|---|
| Dispositive & Daubert Motion | November 15, 2021 |
| Motions in Limine | January 6, 2022 |
| Voir Dire | January 6, 2022 |
| Trial Briefs | January 6, 2022 |
| Jury Instructions | January 6, 2022 |
| Deposition Designations | December 31, 2021 |
| Final Pretrial Report | January 6, 2022 |
| Objections to Deposition Designations | January 6, 2022 |
| Trial | February 2022 |

See Doc. 25.

3. On October 26, 2021, Defendant placed Plaintiff and the Court on notice that they had filed a Chapter 7 Bankruptcy in the U.S. Bankruptcy Court, Eastern District of Texas, Case No. 21-60451. See Doc. No. 27.

4. The Honorable Court entered an Administrative Closing Order on October 27, 2021, and the Court terminated the action without prejudice to allow the parties to reopen the proceedings. The Court's Order specifies that the matter may be reopened upon

the termination of the bankruptcy proceeding, or on any order of the Bankruptcy Court granting Plaintiff relief from the automatic stay. *See* Doc. No. 28.

5. On February 22, 2022, Plaintiff was granted relief from the automatic stay to allow her matter in federal court litigation to proceed. The Bankruptcy Order specifies that Plaintiff's matter against Defendant may proceed in this matter, styled CIV-20-1278-R. *See Exhibit A.*

WHEREFORE, Plaintiff requests this Honorable Court to issue an Order to Reopen this matter to allow parties to resume litigation.

Respectfully Submitted,

*/s/ Mary Rahimi*
Mary Rahimi, OBA #34257
Katherine Mazaheri-Franze, OBA #21746
Mazaheri Law Firm, PLLC
3000 W. Memorial Rd. Suite 230
Oklahoma City, OK 73120
Telephone: 405.414.2222
Facsimile:  405.607.4358
mary@mazaherilaw.com
katherine@mazaherilaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 25, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Sam R. Fulkerson
Anh Kim Tran
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
The Heritage Building
621 N. Robinson Avenue, Suite 400
Oklahoma City, OK  73102
**Attorneys for Defendant**

                                              /s/ Mary Rahimi
                                              Mary Rahimi