# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHRYN MCDANIEL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEGEND ENERGY SERVICES, LLC, ) <br> ) <br> Defendant. ) | Case No: CIV-20-1278-R |

## ORDER GRANTING MOTION TO REOPEN

Before the Court is the Plaintiff's Motion to Reopen (the "Motion") (Doc. 29). The Court finds good cause to reopen the proceedings and allow litigation in this matter to resume. Accordingly, Plaintiff's Motion to Reopen (Doc. 29), should be, and is hereby GRANTED. This case will be set on the next status/scheduling docket.

Dated this 25th day of February, 2022.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE