# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHRYN MCDANIEL,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>LEGEND ENERGY SERVICES, LLC,<br><br>　　　　　　　　Defendant. | Case No. CIV-20-1278-R |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Kathryn McDaniel ("Plaintiff"), and Defendant, Legend Energy Services, LLC ("Defendant") (together, the "Parties"), by and through their attorneys of record, hereby notify the Court that they have resolved this matter and stipulate to the dismissal with prejudice of all claims and causes of action brought in this case by Plaintiff and against Defendant. The Parties further stipulate and agree that each Party shall each bear its or his own attorneys' fees and costs.

　　Dated: May 9, 2022.

Respectfully submitted,

| | |
|---|---|
| /s/ Mary Rahimi | /s/Anh Kim Tran |
| Katherine Mazaheri, OBA #21746 | Sam R. Fulkerson, OBA # 14370 |
| Mary Rahimi, OBA #34257 | Anh Kim Tran, OBA #21384 |
| Mazaheri Law Firm, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 3000 W. Memorial Rd., Suite 230 | The Heritage Building |
| Oklahoma City, OK 73120 | 621 N. Robinson Ave., Suite 400 |
| Telephone: 405-414-2222 | Oklahoma City, Oklahoma 73102 |
| Facsimile: 405-607-4358 | Telephone: 405-546-3774 |
| katherine@mazaherilaw.com | Facsimile: 405-546-3775 |
| mary@mazaherilaw.com | sam.fulkerson@ogletree.com |
| | kim.tran@ogletree.com |
| **ATTORNEYS FOR PLAINTIFF** | |
| | **ATTORNEYS FOR DEFENDANT** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing. I further certify that a true and correct copy of the foregoing was sent via ECF System to all parties and/or their counsel of record.

/s/ Mary Rahimi
Mary Rahimi